# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

**DENNIS JOYE**

*Plaintiff,*

vs.

**TRANS-MED AMBULANCE, INC.**

*Defendant.*

No.: 21-cv-00519

CIVIL ACTION

FILED
WILKES-BARRE

FEB 08 2022

PER M̄G̱
DEPUTY CLERK

## ORDER

AND NOW, this ___8th___ day of February 2022, the Court having been advised by counsel for the parties that the above matter has been settled, **IT IS ORDERED** that this action is hereby **DISMISSED**, with prejudice as to the parties and with each side to bear its own costs, provided that any of the parties may, upon good cause shown within 60 days, reopen the action if settlement is not consummated. The Court will retain jurisdiction to enforce the terms of the settlement between the parties, if necessary.

BY THE COURT:

*Joseph F. Saporito, Jr.*
JOSEPH F. SAPORITO, JR.
United States Magistrate Judge